CASPAR HOFFMAN CO. *v.* KING.

BROKERS—WRITTEN AUTHORITY TO SELL LAND DOES NOT AUTHOR-
IZE BROKERS TO EXECUTE CONTRACT.

Acceptance by brokers of an offer in writing to purchase
land which they had written authority from the owner
to sell did not make a contract which could be specifically
enforced against the owner.

*Appeal from Macomb;* Reid (Neil E.), J.   Sub-
mitted October 15, 1926.   (Docket No. 127.)   De-
cided December 8, 1926.

Bill by Caspar Hoffman Company against George
A. King and another for specific performance of a
land contract.   From a decree dismissing the bill,
plaintiff appeals.   Affirmed.

*Ward N. Choate,* for plaintiff.

*Lungerhausen, Weeks, Lungerhausen & Neale,* for
defendants.

SHARPE, J.   Defendant King gave a firm of brokers
a written authorization to purchase certain land for
him, and in the same instrument authorized them to
sell it for him at an advanced price.   The purchase
was made.   The brokers then secured an offer in
writing from plaintiff to purchase at the advanced
price and accepted it in writing as attorneys in fact
for defendants.   Claiming that a contract, binding
upon defendants, was thereby made, plaintiff here
seeks its specific performance.   The acceptance of
plaintiff's offer by the brokers did not bind the de-

[1]Brokers, 9 C. J. § 28.

fendants. *Landskroener* v. *Henning*, 221 Mich. 558.

The decree dismissing the bill is affirmed, with costs to appellees.

BIRD, C. J., and STEERE, FELLOWS, WIEST, and McDONALD, JJ., concurred. SNOW and CLARK, JJ., did not sit.